# FOURTH DEPARTMENT.

---

PERRINE v. MILLER, appellant.

*Justice's court. Notice of appeal — service on partners.*

Where respondents, in an appeal from a judgment rendered by a justice of the peace, are partners, service of notice of appeal upon one is notice to both.

APPEAL from an order of the county court of Herkimer county dismissing an appeal from a judgment rendered by a justice of the peace.

The action was brought by the plaintiffs, Peter Perrine and Adolphus Perrine, as partners, and a judgment was rendered by the justice in favor of the plaintiffs. The defendant appealed to the county court, serving notice of appeal upon the plaintiff, Peter Perrine, only. The respondents moved to dismiss the appeal, on the ground that no notice of appeal had been served upon Adolphus Perrine. The court granted the motion, and dismissed the appeal; whereupon the defendant appealed to this court.

*Link & Dennison,* for appellant.

*Burrows & Palmer,* for respondents.

GILBERT, J. The only ground stated in the notice of motion to dismiss the appeal was that no notice of appeal had been served on the respondent, Adolphus Perrine. The respondents were partners. Notice to one was notice to both. The county court, therefore, erred in dismissing the appeal, and the order must be reversed, with costs.

*Order reversed.*